Date signed June 22, 2011



PAUL MANNES
U. S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

| In Re: | Case No. 10-35080 |
|---|---|
| Carl D. Lewis, | Chapter 7 |
| Debtor | |

### MEMORANDUM TO DEBTOR

     Upon review of the Motion to Reopen Chapter 7 Case filed by the Debtor, the court advises Debtor that, in order for his case to be reopened, he must pay the prescribed fee, as set forth in the Bankruptcy Court Miscellaneous Fee Schedule (Appendix to 28 U.S.C. § 1930, No. 11).

cc:    Debtor
        Chapter 7 Trustee

### End of Memorandum